# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**KEITH CARROLL,**

        **Plaintiff,**

    v.

**THE BANK OF SOUTHSIDE VIRGINIA,**

        **Defendant.**

Civil Action No. 3:17cv815

## DEFENDANT'S MOTION TO DISMISS FOR
## FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Defendant The Bank of Southside Virginia ("BSV"), by counsel, respectfully moves this Court to dismiss Plaintiff Keith Carroll's Complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). Pursuant to E.D. Va. Loc. Civ. R. 7(F)(1), the grounds for this motion are more fully set forth in Defendant's Memorandum in Support of Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, which is filed herewith.

        Respectfully submitted,

        **THE BANK OF SOUTHSIDE VIRGINIA**

Date: February 9, 2018

        */s/ Christopher J. Forstner*
        Christopher J. Forstner, VSB No. 45375
        chris.forstner@troutman.com
        Laura Anne Kuykendall, VSB No. 82318
        la.kuykendall@troutman.com
        TROUTMAN SANDERS LLP
        1001 Haxall Point
        P.O. Box 1122 (23218-1122)
        Richmond, VA  23219

Telephone:   804.697.1200
Facsimile:   804.697.1339

*Counsel for Defendant The Bank of Southside Virginia*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2018, I electronically filed the foregoing pleading with the Clerk of the Court using the Court's CM/ECF docketing system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Strelka
Strelka Law Office PC
119 Norfolk Avenue SW, Suite 330
Roanoke, Virginia 24011
Telephone: (540) 283-0802
thomas@strelkalaw.com

*/s/ Christopher J. Forstner*
Christopher J. Forstner, VSB No. 45375
chris.forstner@troutman.com
Laura Anne Kuykendall, VSB No. 82318
la.kuykendall@troutman.com
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122 (23218-1122)
Richmond, VA 23219
Telephone: 804.697.1200
Facsimile: 804.697.1339

*Counsel for Defendant The Bank of Southside Virginia*