IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| KEITH CARROLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 3:17cv00815 |
| | ) |
| THE BANK OF SOUTHSIDE VIRGINIA ("BSV"), | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff KEITH CARROLL hereby voluntarily dismisses his Complaint in the above-entitled action with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: February 22, 2018

                                     Respectfully submitted,

                                     /s/ L. Leigh R. Strelka
                                     Thomas E. Strelka, VA Bar No. 75488
                                     L. Leigh R. Strelka, VA Bar No. 73355
                                     STRELKA LAW OFFICE, PC
                                     119 Norfolk Avenue, SW,
                                     Warehouse Row, Suite 330
                                     Roanoke, Virginia 24011
                                     Phone: (540) 283-0802
                                     thomas@strelkalaw.com
                                     leigh@strelkalaw.com

                                          Scott J. Ferrell, Esq.
                                          Victoria Knowles, Esq.
                                          Pacific Trial Attorneys
                                          4100 Newport Place Drive, Suite 800
                                          Newport Beach, CA 92660
                                          Phone: (949) 706-6464
                                          Fax: (949) 706-6469
                                          sferrell@pacifictrialattorneys.com
                                          vknowles@pacifictrialattorneys.com

*Counsel for Plaintiff*

**Certificate of Service**

      I hereby certify that on this 22nd day of February, 2018, I electronically filed the foregoing using the Court's CM/ECF filing system, which will then send a notification of electronic filing (NEF) to:

Christopher J. Forstner
Chris.forstner@troutman.com
Laura Anne Kuykendall
La.kuekendall@troutman.com
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122 (23218-1122)
Richmond, VA  23219

*Counsel for Defendant*

      /s/ L. Leigh R. Strelka